McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>50,000 SHARES OF BROOKSTONE CAPITAL, INC. COMMON STOCK HELD IN THE NAME OF MATRIXX INVESTMENT GROUP, LLC,<br><br>        Defendant. | 2:07-MC-00031-FCD-DAD<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

    It is hereby stipulated by and between the United States of America and Claimant Joshua Coffman ("Claimant"), by and through their respective attorneys, as follows:

    1.  On or about January 18, 2007, Claimant filed a claim, in the administrative forfeiture proceeding, with the Internal Revenue Service ("IRS") regarding the 50,000 shares of Brookstone Capital, Inc. common stock, held in the name of Matrixx Investment Group, LLC (the "Shares"), which were seized on or about November 14, 2006.

    2.  The IRS has sent written notice of intent to forfeit, as required by 18 U.S.C. § 983(a)(1)(A), to all known interested

parties.  The time has expired for any person to file a claim to the Shares under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the Shares, as required by law in the administrative forfeiture proceeding.

3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the Shares and/or to obtain an indictment alleging that the Shares are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceeding, unless the Court extends the deadline for good cause shown or by agreement of the parties.

4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties stipulate and agree to extend to July 17, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the Shares and/or to obtain an indictment alleging that the Shares are subject to forfeiture.

5.  Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the Shares and/or to obtain an indictment alleging that the Shares are subject to forfeiture shall be extended to July 17, 2007.

DATED: April 12, 2007          Respectfully submitted,

                               McGREGOR W. SCOTT
                               United States Attorney

                          By:  /s/ Ellen V. Endrizzi
                               ELLEN V. ENDRIZZI
                               Assistant U.S. Attorney

DATED: April 11, 2007          /s/ Quin Denvir
                               QUIN DENVIR, ESQ.
                               Attorney for Claimant Joshua Coffman
                               (Original signature retained by attorney)

**O R D E R**

The time in which the United States is required to file a civil complaint for forfeiture against 50,000 shares of Brookstone Capital, Inc. common stock, held in the name of Matrixx Investment Group, LLC (the "Shares") and/or to obtain an indictment alleging that the Shares are subject to forfeiture, is extended to July 17, 2007, as agreed to by the parties, pursuant to 18 U.S.C. § 983(a)(3)(A).

IT IS SO ORDERED.

DATE: April 16, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

3