1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2716

5

6

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          2:07-MC-00031-FCD-DAD

12            Plaintiff,               **STIPULATION AND ORDER**
                                       **EXTENDING THE UNITED STATES'**
13       v.                            **TIME TO FILE A COMPLAINT FOR**
                                       **FORFEITURE AND/OR TO OBTAIN AN**
14  50,000 SHARES OF BROOKSTONE        **INDICTMENT ALLEGING FORFEITURE**
    CAPITAL, INC. COMMON STOCK HELD
15  IN THE NAME OF MATRIXX
    INVESTMENT GROUP, LLC,
16
            Defendant.
17

18       It is hereby stipulated by and between the United States of

19  America and Claimant Joshua Coffman ("Claimant"), by and through

20  their respective attorneys, as follows:

21       1.  On or about January 18, 2007, Claimant filed a claim, in

22  the administrative forfeiture proceeding, with the Internal Revenue

23  Service ("IRS") regarding the 50,000 shares of Brookstone Capital,

24  Inc. common stock, held in the name of Matrixx Investment Group,

25  LLC (the "Shares"), which were seized on or about November 14,

26  2006.

27       2.  The IRS has sent written notice of intent to forfeit, as

28  required by 18 U.S.C. § 983(a)(1)(A), to all known interested

parties.  The time has expired for any person to file a claim to the Shares under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the Shares, as required by law in the administrative forfeiture proceeding.

3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the Shares and/or to obtain an indictment alleging that the Shares are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceeding, unless the Court extends the deadline for good cause shown or by agreement of the parties.

4.  By Stipulation and Order filed April 17, 2007, the parties stipulated to extend to July 17, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the Shares and/or to obtain an indictment alleging that the Shares are subject to forfeiture.

5.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties stipulate and agree to further extend to October 15, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the Shares and/or to obtain an indictment alleging that the Shares are subject to forfeiture.

6.  Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the Shares and/or to obtain an indictment

///
///
///
///

2

1   alleging that the Shares are subject to forfeiture shall be

2   extended to October 15, 2007.

3   DATED: 7/05/07                    Respectfully submitted,

4                                     McGREGOR W. SCOTT
                                      United States Attorney
5

6                              By:   /s/ Ellen V. Endrizzi
                                      ELLEN V. ENDRIZZI
7                                     Assistant U.S. Attorney

8

9   DATED: 6/30/07                    /s/ John Balazs
                                      JOHN BALAZS, ESQ.
10                                    Attorney for Claimant Joshua Coffman

11                                    (Original signature retained by
                                      attorney)
12

13                              **O R D E R**

14       The time in which the United States is required to file a

15   civil complaint for forfeiture against 50,000 shares of Brookstone

16   Capital, Inc. common stock, held in the name of Matrixx Investment

17   Group, LLC (the "Shares") and/or to obtain an indictment alleging

18   that the Shares are subject to forfeiture, is extended to

19   October 15, 2007, as agreed to by the parties, pursuant to

20   18 U.S.C. § 983(a)(3)(A).

21       IT IS SO ORDERED.

22   DATED: July 6, 2007

23

24

25   _____
     FRANK C. DARRELL, JR.
26   UNITED STATES DISTRICT JUDGE

27

28                                    3