1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:07-MC-00031-FCD-DAD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| v. | |
| 50,000 SHARES OF BROOKSTONE CAPITAL, INC. COMMON STOCK HELD IN THE NAME OF MATRIXX INVESTMENT GROUP, LLC, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and Claimant Joshua Coffman ("Claimant"), by and through their respective attorneys, as follows:

1. On or about January 18, 2007, Claimant filed a claim, in the administrative forfeiture proceeding, with the Internal Revenue Service ("IRS") regarding the 50,000 shares of Brookstone Capital, Inc. common stock, held in the name of Matrixx Investment Group, LLC (the "Shares"), which were seized on or about November 14, 2006.

2. The IRS has sent written notice of intent to forfeit, as required by 18 U.S.C. § 983(a)(1)(A), to all known interested

1   parties.  The time has expired for any person to file a claim to
2   the Shares under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other
3   than the Claimant has filed a claim to the Shares, as required by
4   law in the administrative forfeiture proceeding.
5        3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
6   required to file a complaint for forfeiture against the Shares
7   and/or to obtain an indictment alleging that the Shares are subject
8   to forfeiture within 90 days after a claim has been filed in the
9   administrative forfeiture proceeding, unless the Court extends the
10  deadline for good cause shown or by agreement of the parties.
11       4.   By Stipulation and Order filed April 17, 2007, the parties
12  stipulated to extend to July 17, 2007, the time in which the United
13  States is required to file a civil complaint for forfeiture against
14  the Shares and/or to obtain an indictment alleging that the Shares
15  are subject to forfeiture.
16       5.   By Stipulation and Order filed July 6, 2007, the parties
17  stipulated to extend to October 15, 2007, the time in which the
18  United States is required to file a civil complaint for forfeiture
19  against the Shares and/or to obtain an indictment alleging that the
20  Shares are subject to forfeiture.
21       6.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties
22  stipulate and agree to further extend to January 11, 2008, the time
23  in which the United States is required to file a civil complaint
24  for forfeiture against the Shares and/or to obtain an indictment
25  alleging that the Shares are subject to forfeiture.
26       7.   Accordingly, the parties agree that the deadline by which
27  the United States shall be required to file a complaint for
28  forfeiture against the Shares and/or to obtain an indictment

2

alleging that the Shares are subject to forfeiture shall be extended to January 11, 2008.

DATED: 9/25/07          Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By:  /s/ Ellen V. Endrizzi
ELLEN V. ENDRIZZI
Assistant U.S. Attorney


DATED: 9/21/07          /s/ John Balazs
JOHN BALAZS, ESQ.
Attorney for Claimant Joshua Coffman

(Original signature retained by attorney)

**O R D E R**

The time in which the United States is required to file a civil complaint for forfeiture against 50,000 shares of Brookstone Capital, Inc. common stock, held in the name of Matrixx Investment Group, LLC (the "Shares") and/or to obtain an indictment alleging that the Shares are subject to forfeiture, is extended to January 11, 2008, as agreed to by the parties, pursuant to 18 U.S.C. § 983(a)(3)(A).

IT IS SO ORDERED.

DATED: September 26, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

3